UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLOMBIA

IN THE MATTER OF THE SEARCH OF    )
GOLDEN RESIDENCE                  )
LOT 119G AMBOHIBAO, SECOND FLOOR  )
ANTEHIROKA, MADAGASCAR            )

**Affidavit in Support of a Seizure Warrant**

I, Kristiana Lund-Heaton, being duly sworn state as follows:

**Introduction**

    1.    I am a Special Agent (SA) with the U.S. Department of State, Diplomatic Security Service (DSS), assigned to the Special Investigations Division in Arlington, Virginia. I have been employed with DSS as a Special Agent since 2010. My duties include conducting criminal investigations into violent crimes and sexual assaults involving United States government personnel stationed at diplomatic and consular missions both domestic and abroad. I have received training in conducting criminal investigations from the Federal Law Enforcement Training Center and specialized training regarding violent crime and sexual assault investigations from a variety of Federal and State law enforcement agencies. I have a Bachelors of Arts in Humanities from Brigham Young University.

    2.    I present this affidavit in support of a search warrant for the real property and premises described as Golden Residence, Lot 119G Ambohibao, Antehiroka, Madagascar, Second Floor, as more fully described in Attachment A, to search for and seize items, as more fully described in Attachment B. Pursuant to Rule 41 of the Federal Rules of Criminal Procedure, I seek authority to search this property for evidence and instrumentalities related to the murder of

Kevin Webb by subject Davidasoa RANDRIANOTAHIANA in violation of Title 18, United States Code, Sections 1111 and 7 (9).

3.  I have not included every fact I know about this murder. Rather, I have included those facts I believe are needed to demonstrate probable cause for the warrant I seek. The information in this affidavit is based on my personal knowledge and observations, on information conveyed to me by other law enforcement officials, and on my review of records, documents and other physical evidence relevant to the murder.

## Pertinent Statutes

4.  I present this affidavit in support of a search warrant of premises located at Golden Residence, Lot 119G Ambohibao, Antehiroka, Madagascar, Second Floor, where RANDRIANOTAHIANA is believed to have murdered Mr. Webb, a U.S. national and diplomat stationed at the embassy in Madagascar. Title 18, United States Code, Section 1111 (Murder) provides:

> (a)  Murder is the unlawful killing of a human being with malice aforethought. Every murder perpetrated by poison, lying in wait, or any other kind of willful, deliberate, malicious, and premeditated killing; or committed in the perpetration of, or attempt to perpetrate, any arson, escape, murder, kidnapping, treason, espionage, sabotage, aggravated sexual abuse or sexual abuse, child abuse, burglary, or robbery; or perpetrated as part of a pattern or practice of assault or torture against a child or children; or perpetrated from a premeditated design unlawfully and maliciously to effect the death of any human being other than him who is killed, is murder in the first degree.
> Any other murder is murder in the second degree.
>
> (b)  Within the special maritime and territorial jurisdiction of the United States,
> Whoever is guilty of murder in the first degree shall be punished by death or by imprisonment for life;
>
> Whoever is guilty of murder in the second degree, shall be imprisoned for any term of years or for life

Title 18, United States Code, Section 7(9)(B) provides that, with respect to offenses committed by or against a national of the United States, the "special maritime and territorial jurisdiction of the United States" includes residences in foreign States and the land appurtenant or ancillary thereto, irrespective of ownership, used for purposes of United States diplomatic, consular, military, or other United States Government missions or entities in foreign states, or used by United States personnel assigned to those missions or entities.

### Jurisdiction and Venue

5.     Mr. Webb's residence, where he is believed to have been murdered by RANDRIANOTAHIANA, is located at Golden Residence, Lot 119G Ambohibao, Antehiroka, Madagascar, Second Floor. This residence is located near, but not within, the United States Embassy compound. As the residence of U.S. personnel assigned to the Madagascar mission, this residence falls under the Special Maritime and Territorial Jurisdiction of the United States, 18 U.S.C. § 7(9). Further, as subject RANDRIANOTAHIANA is a foreign national with no last known address in the United States, venue is appropriate in the District of Columbia pursuant to 18 U.S.C. § 3238.

### Details of the Investigation

6.     On or about September 21, 2018, I spoke with SA David Renauldi, Regional Security Officer for the United States Embassy in Madagascar. SA Renauldi advised me that at approximately 1:00 a.m. on September 22, 2018,[1] the subject RANDRIANOTAHIANA, a guest of Mr. Webb, had been detained by the embassy local guard force.

7.     Mr. Webb, a U.S. national and diplomat assigned to the U.S. Embassy in Madagascar, resided at Golden Residence Compound. Golden Residence is an apartment building

---

[1] Madagascar is 7 hours ahead of Eastern Standard Time. Accordingly, it was one day later in Madagascar than in Washington, D.C. at the time I spoke with SA Renauldi.

leased by the United States government as residences for U.S. personnel assigned to the U.S. mission in Madagascar. The compound can be identified by two large gates with the letters "GR" (for Golden Residence) on the gates. Access to the compound is controlled by a guard at the main gate. Each floor of the building is an entire apartment and accordingly no other apartments are on the same floor. Mr. Webb's apartment is on the second floor. The second floor is accessed through the staircase on the West side of the building.

8. Earlier in the evening, the Golden Residence compound guard logged RANDRIANOTAHIANA's name and identification number into a log book when he arrived. RANDRIANOTAHIANA entered the compound and the apartment building through the front door with Mr. Webb. However, sometime later, RANDRIANOTAHIANA was observed exiting the apartment building by attempting to lower himself down from a second floor patio that has no access point or stairs to the ground level. RANDRIANOTAHIANA was confronted and admitted to the compound guard and a mobile patrol officer that he had fought with Mr. Webb in his apartment and that Mr. Webb had collapsed.

9. The guard and mobile patrol officer observed that RANDRIANOTAHIANA had blood on his shoes. Accordingly, they detained him and called local law enforcement. RANDRIANOTAHIANA was then detained by the host nation Gendarmerie. Unsuccessful attempts were made to contact Mr. Webb and to access his apartment in order to determine whether he was safe.

10. Eventually, RSO Renauldi arrived on the scene and was able to access the apartment. RSO Renauldi and United States Embassy medical personnel entered the apartment and discovered Mr. Webb's body covered in blood. Mr. Webb was declared deceased on the scene.

11. The apartment and scene were secured for further processing.

## Conclusion

12.     Based on the above, I believe there is probable cause to support that Davidasoa RANDRIANOTAHIANA murdered Kevin Webb in violation of 18 U.S.C. § 1111 and 7(9), which makes it a crime to unlawfully kill a human being with malice aforethought within the Special Maritime and Territorial Jurisdiction of the United States, and that evidence of this crime, as fully described in Attachment B, is located in the residence of Mr. Webb as fully described in Attachment A.

Respectfully submitted,

_____
Kristiana Lund-Heaton
Special Agent
United States Department of State
Diplomatic Security Service

Subscribed and sworn to before me this 24th day of September 2018.

_____
The Honorable Robin M. Meriweather
United States Magistrate Judge