**ATTACHMENT A**

**The Premises to be Searched**

The apartment is a unit leased by the United States for the purpose of the U.S. mission in Madagascar and is located at Lot 119G Ambohibao, Antehiroka, Madagascar. The residence is located in a compound called Golden Residence. The compound can be identified by two large gates with the letters "GR" (for Golden Residence) on the gates. Access to the compound is controlled by a guard at the main gate. The apartment is on the second floor. Each floor of the building is an entire apartment and accordingly no other apartments are on the same floor. The second floor is accessed through the staircase on the West side of the building.