## ATTACHMENT B
## The Items to be Seized

The items to be seized from the premises listed in Attachment A include:

1. All items that may have been used as weapons to kill Kevin Webb, the deceased.

2. Evidence as to occupancy of, or presence in, the apartment by the deceased and/or the subject RANDRIANOTAHIANA, including but not limited to clothing, bedding, linen, mail, documents, identification, photographs, jewelry, and any other such personal effects.

3. Evidence as to the relationship between the deceased and the subject RANDRIANOTAHIANA, including but not limited to clothing, bedding, linen, mail, documents, photographs, correspondence or communications of any kind, and including all electronic devices, and their contents, that may contain evidence of such a relationship.

4. Any and all items, or surfaces in the residence, found to contain possible biological evidence through inspection and/or with the use of an alternative light source (Ultraviolet Light) or containing fingerprint or latent fingerprint evidence.