AO 93 (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case 1:18-sw-251
) Assigned To: Magistrate Judge Robin M. Meriweather
) Date Assigned: 09/24/2018
GOLDEN RESIDENCE ) Description: Search and Seizure Warrant
LOT 119G AMBOHIBAO, SECOND FLOOR )
ANTEHIROKA, MADAGASCAR )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Columbia _____
*(identify the person or describe the property to be searched and give its location)*:

GOLDEN RESIDENCE, LOT 119G AMBOHIBAO, SECOND FLOOR, ANTEHIROKA, MADAGASCAR

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

Please see Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   OCT 0 4 2018
    *(not to exceed 10 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.    ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Robin M. Meriweather
            *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30)*.
☐until, the facts justifying, the later specific date of _____.

Date and time issued:   SEP 24 2018 @ 1055 AM    _____
                                                      Judge's signature

City and state:  Washington, D.C.        The Honorable Robin M. Meriweather
                                              *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| PR-2018-00379 | 9/28/2018  1505 | ARSO SA BRIAN HAGGERTY |

Inventory made in the presence of: FBI EVIDENCE RESPONSE TEAM*

Inventory of the property taken and name of any person(s) seized:

\* FBI SA MARGARET GIRARD

SA AMY SOLEK

IA CHRISTOPHER SANTZOS

SOS ANGELA GURMAN

SA MICHAEL HOENIGMAN

SEE ATTACHED SIGNED INVENTORY

**FILED**
OCT - 4 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

CERTIFICATION/ATTACHED

Date: 10/4/2018

Executing officer's signature

SA KENNETH JONES
Printed name and title

FD-597 (Rev 8-11-94)

Page 1 of 1

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 89I-NY-2993062

On (date) 9/28/18

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name)

(Street Address) Golden Residence, Lot 1194, Ambohibao, Second Floor

(City) Antehiroka, Madagascar

Description of Item(s): 1 Laptop computer; 1 Rolodex; Biological samples; piece of curtain; Buttons; US currency; Ghana currency, U.S. passport; SS card; memory card.

*Nothing Further* 9/28/18

Received By: _____ (Signature) Margaret Girard (NYO)

Received From: NO ONE PRESENT / RSO (Signature)

3:05pm